**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| JOSEPH THOMAS WOODS JR | ) | |
| | ) | No: B- 10-51962 C-13W |
| Debtor | ) | |

Kathryn L. Bringle, Trustee, respectfully moves the Court for an order as follows:

Green Tree Servicing, LLC (the "Creditor") filed a proof of claim and provided evidence of a deed of trust lien on the Debtor(s) real property located at 4443 Pinoak Drive, Winston-Salem, North Carolina. The Creditor perfected its lien by recording a deed of trust in Book 2765, Page 2642 in the office of the Register of Deeds of Forsyth County, North Carolina on June 29, 2007.

The Trustee has been disbursing ongoing monthly mortgage payments to the Creditor and has paid the Creditor's arrearage claim in full. The Trustee's records reflect that the mortgage account is current.

The Trustee respectfully requests as follows:

1. That an order be entered finding that all prepetition and postpetition defaults have been cured and that the account be deemed current and reinstated on the original payment schedule under the note and security agreement as if no default had ever occurred.

2. That the Creditor be required to credit payments received beginning May 2015 to monthly mortgage payments due beginning May 2015.

3. That any willful failure of the Creditor or its successors and assignees to credit payments in the manner required by the Plan in this case or any act following the entry of discharge to charge or collect any amounts which were incurred or assessed prior to the filing of the Chapter 13 Petition or during the pendency of this case and which were not authorized by the Plan or approved by the Court after proper notice be considered a violation of 11 U.S.C. §524(i) and the injunction under §524(a)(2).

Date: April 28, 2015                                              s/ Kathryn L. Bringle
KLB:SY                                                                  Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION by <u>May 28, 2015</u> with the United States Bankruptcy Court at the address of

*226 South Liberty Street*
*Winston-Salem, NC 27101*

and must serve the parties named on the attached list of Parties To Be Served.

If no objection is filed within the time period, the Court will consider this motion without a hearing. If an objection is timely filed, a hearing on the motion will be held on <u>June 24, 2015</u> at 9:30 a.m. in the Courtroom at 226 South Liberty Street, Winston-Salem, North Carolina.

Date: April 28, 2015                                              OFFICE OF THE CLERK
                                                                            U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
10-51962 C-13W

JOSEPH THOMAS WOODS JR
4443 PINOAK DRIVE
WINSTON SALEM, NC 27104

JOHN A MEADOWS
SUITE C
2596 REYNOLDA RD
WINSTON-SALEM, NC 27106

GREEN TREE SERVICING LLC                              NOT ON MATRIX
ATTN OFFICER OR MANAGING AGENT
P O BOX 44265
JACKSONVILLE, FL 32231-4265

NEIL D JONAS/MATTHEW T MCKEE
ATTY FOR GREEN TREE SERVICING LLC
2550 WEST TYVOLA ROAD STE 520
CHARLOTTE, NC 28217

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC 27102-2115